# EXHIBIT 3

| Date | Applied Rate | Billing Duration (Hours) | Amount | Description | User | | SUMMARY | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | User | Billable Rate | Hours | Amount |
| 9/21/2023 | $ 733.00 | 0.50 | $ 366.50 | Fact investigation. | Alexander Wolf | | Alexander Wolf - Senior Associate (2023) | $ 733.00 | 57.00 | $ 41,781.00 |
| 9/28/2023 | $ 733.00 | 6.90 | $ 5,057.70 | Draft and revise complaint. | Alexander Wolf | | Alexander Wolf - Senior Associate (2024) | $ 878.00 | 226.90 | $ 199,218.20 |
| 9/29/2023 | $ 733.00 | 4.00 | $ 2,932.00 | Further draft and revise complaint and related legal research. | Alexander Wolf | | Amanda Simpson - Paralegal (2024) | $ 239.00 | 0.60 | $ 143.40 |
| 10/2/2023 | $ 733.00 | 4.00 | $ 2,932.00 | Draft and revise complaint and supporting documents. | Alexander Wolf | | Ashley Tyrrell - Paralegal (2023) | $ 208.00 | 4.40 | $ 915.20 |
| 10/9/2023 | $ 733.00 | 2.00 | $ 1,466.00 | Fact investigation and research regarding state law claims (1.8), review standing order and local rules (.2). | Alexander Wolf | | Ashley Tyrrell - Paralegal (2024) | $ 239.00 | 3.90 | $ 932.10 |
| 10/17/2023 | $ 733.00 | 5.00 | $ 3,665.00 | Review defendant's letter and strategize legal research regarding response and underlying claims and facts. | Alexander Wolf | | Ashley Tyrrell - Paralegal (2025) | $ 258.00 | 0.20 | $ 51.60 |
| 10/23/2023 | $ 733.00 | 2.90 | $ 2,125.70 | Review defendant's response letter and outline response to same (1), legal research and fact investigation (1.5), conference with defendant's counsel (.4). | Alexander Wolf | | David Lietz - Senior Partner (2024) | $ 1,057.00 | 5.50 | $ 5,813.50 |
| 10/24/2023 | $ 733.00 | 2.30 | $ 1,685.90 | Draft and revise informal discovery requests and strategize regarding claims and defenses. | Alexander Wolf | | Heather Sheflin - Paralegal (2023) | $ 225.00 | 0.60 | 135.00 |
| 11/2/2023 | $ 733.00 | 3.50 | $ 2,565.50 | Fact investigation and legal analysis. | Alexander Wolf | | Heather Sheflin - Paralegal (2024) | $ 239.00 | 1.50 | 358.50 |
| 11/10/2023 | $ 733.00 | 2.00 | $ 1,466.00 | Further fact investigation and legal analysis relating to settlement and damages. | Alexander Wolf | | Heather Sheflin - Paralegal (2025) | $ 258.00 | 0.40 | 103.20 |
| 11/17/2023 | $ 733.00 | 2.30 | $ 1,685.90 | Revise FAC and demand letter (1.1), fact investigation and analysis (1), prepare for and attend conference with plaintiff (.2). | Alexander Wolf | | Kerry Brennan - Paralegal (2024) | $ 239.00 | 0.2 | $ 47.80 |
| 12/7/2023 | $ 733.00 | 2.20 | $ 1,612.60 | Prepare case management statement (1.5), research local rules (.7). | Alexander Wolf | | Michelle Benvenuto - Paralegal (2024) | $ 239.00 | 3.20 | 764.80 |
| 12/12/2023 | $ 733.00 | 1.50 | $ 1,099.50 | Legal research and analysis regarding merits of claims and defenses. | Alexander Wolf | | Sandra Passanisi - Paralegal (2023) | $ 225.00 | 3.00 | 675.00 |
| 12/13/2023 | $ 733.00 | 4.00 | $ 2,932.00 | Prepare settlement analysis. | Alexander Wolf | | Sandra Passanisi (2024) | $ 239.00 | 3.80 | 908.20 |
| 12/21/2023 | $ 733.00 | 4.00 | $ 2,932.00 | Prepare analysis of informal discovery and damages for settlement demand. | Alexander Wolf | | | | | |
| 12/21/2023 | $ 733.00 | 0.30 | $ 219.90 | Prepare for and attend conference with counsel. | Alexander Wolf | | TOTAL | | 311.20 | $ 251,847.50 |
| 12/22/2023 | $ 733.00 | 7.30 | $ 5,350.90 | Assess and analyze claims, defenses, damages, and class certification, including based on informal discovery. | Alexander Wolf | | | | | |
| 12/26/2023 | $ 733.00 | 2.00 | $ 1,466.00 | Review and defendant's document production and analysis of market data. | Alexander Wolf | | | | | |
| 12/26/2023 | $ 733.00 | 0.30 | $ 219.90 | Confer and correspond regarding mediation and potential resolution of lawsuit. | Alexander Wolf | | | | | |
| 1/10/2024 | $ 878.00 | 5.00 | $ 4,390.00 | Legal analysis and research regarding claims, comparable settlements, and defendant's contentions. | Alexander Wolf | | | | | |
| 1/10/2024 | $ 878.00 | 0.60 | $ 526.80 | Draft meet and confer correspondence. | Alexander Wolf | | | | | |
| 1/18/2024 | $ 878.00 | 2.00 | $ 1,756.00 | Further analysis of defendant's document production. | Alexander Wolf | | | | | |

| Date | | Rate | Hours | | Amount | Description | Timekeeper |
|---|---|---|---|---|---|---|---|
| 1/19/2024 | $ | 878.00 | 0.50 | $ | 439.00 | Draft first amended complaint. | Alexander Wolf |
| 1/19/2024 | $ | 878.00 | 1.50 | $ | 1,317.00 | Further analysis regarding damages and reasonable settlement ranges. | Alexander Wolf |
| 1/19/2024 | $ | 878.00 | 3.50 | $ | 3,073.00 | Legal research regarding alleged enforceability of forum selection clause and defenses to same. | Alexander Wolf |
| 1/19/2024 | $ | 878.00 | 0.20 | $ | 175.60 | Prepare for and attend meet and confer with defense counsel. | Alexander Wolf |
| 1/22/2024 | $ | 878.00 | 1.60 | $ | 1,404.80 | Draft and revise first amended complaint. | Alexander Wolf |
| 1/24/2024 | $ | 878.00 | 5.50 | $ | 4,829.00 | Legal research and analysis regarding claims and defenses. | Alexander Wolf |
| 1/25/2024 | $ | 878.00 | 0.20 | $ | 175.60 | Review defendant's correspondence regarding case strategy and damages (.2). | Alexander Wolf |
| 1/25/2024 | $ | 878.00 | 6.30 | $ | 5,531.40 | Legal analysis regarding alleged damages, defendant's class certification arguments, and comparable cases. | Alexander Wolf |
| 1/30/2024 | $ | 878.00 | 4.80 | $ | 4,214.40 | Legal research and analysis regarding claims and defenses. | Alexander Wolf |
| 2/1/2024 | $ | 878.00 | 0.20 | | 175.60 | Draft and revise stipulation. | Alexander Wolf |
| 2/2/2024 | $ | 878.00 | 0.30 | $ | 263.40 | Strategize regarding mediation and case management. | Alexander Wolf |
| 3/13/2024 | $ | 878.00 | 3.00 | $ | 2,634.00 | Legal research and analysis for expected arguments at mediation. | Alexander Wolf |
| 3/20/2024 | $ | 878.00 | 5.00 | $ | 4,390.00 | Prepare assessment of strengths and weakness of case and related legal research and analysis. | Alexander Wolf |
| 3/22/2024 | $ | 878.00 | 2.50 | $ | 2,195.00 | Continue drafting mediation brief. | Alexander Wolf |
| 3/26/2024 | $ | 878.00 | 3.40 | $ | 2,985.20 | Draft and revise mediation brief. | Alexander Wolf |
| 3/27/2024 | $ | 878.00 | 5.40 | $ | 4,741.20 | Legal research and analysis for mediation brief. | Alexander Wolf |
| 3/28/2024 | $ | 878.00 | 5.00 | $ | 4,390.00 | Legal research for mediation brief and revise same. | Alexander Wolf |
| 3/29/2024 | $ | 878.00 | 5.00 | $ | 4,390.00 | Draft mediation brief and research case law relating to same. | Alexander Wolf |
| 4/1/2024 | $ | 878.00 | 7.90 | $ | 6,936.20 | Draft and revise mediation brief and legal research and fact investigation relating to same. | Alexander Wolf |
| 4/2/2024 | $ | 878.00 | 2.90 | $ | 2,546.20 | Revise mediation brief. | Alexander Wolf |
| 4/3/2024 | $ | 878.00 | 4.00 | $ | 3,512.00 | Analyze defendant's mediation brief and research arguments. | Alexander Wolf |
| 4/9/2024 | $ | 878.00 | 5.50 | $ | 4,829.00 | Prepare for mediation (1.3), attend mediation (4.2) | Alexander Wolf |
| 4/10/2024 | $ | 878.00 | 4.10 | $ | 3,599.80 | Legal research regarding amended complaint and officer liability. | Alexander Wolf |
| 4/18/2024 | $ | 878.00 | 3.50 | $ | 3,073.00 | Research and analysis regarding amendment to complaint (2.5), draft proposed stipulation and correspond with defense counsel regarding same (1). | Alexander Wolf |

| Date | | Rate | Hours | | Amount | Description | Timekeeper |
|---|---|---|---|---|---|---|---|
| 4/19/2024 | $ | 878.00 | 1.00 | $ | 878.00 | Research for amended complaint. | Alexander Wolf |
| 4/22/2024 | $ | 878.00 | 3.00 | $ | 2,634.00 | Legal research regarding amended complaint claims and allegations. | Alexander Wolf |
| 4/22/2024 | $ | 878.00 | 0.50 | $ | 439.00 | Revise stipulation, draft proposed order, and research local rules. | Alexander Wolf |
| 4/23/2024 | $ | 878.00 | 1.50 | $ | 1,317.00 | Legal research for amended complaint. | Alexander Wolf |
| 4/23/2024 | $ | 878.00 | 0.30 | $ | 263.40 | Confer and correspond with clients. | Alexander Wolf |
| 4/25/2024 | $ | 878.00 | 3.00 | $ | 2,634.00 | Legal research and analysis. | Alexander Wolf |
| 4/29/2024 | $ | 878.00 | 5.00 | $ | 4,390.00 | Legal research and analysis regarding venue, choice of law, and contract formation. | Alexander Wolf |
| 4/30/2024 | $ | 878.00 | 7.50 | $ | 6,585.00 | Further legal research and analysis regarding venue, choice of law, and various state law claims. | Alexander Wolf |
| 5/1/2024 | $ | 878.00 | 8.10 | $ | 7,111.80 | Draft and revise amended complaint and related legal research. | Alexander Wolf |
| 5/2/2024 | $ | 878.00 | 1.00 | $ | 878.00 | Revise amended complaint and draft updated demand letters. | Alexander Wolf |
| 5/20/2024 | $ | 878.00 | 0.10 | $ | 87.80 | Conference with defense counsel. | Alexander Wolf |
| 5/20/2024 | $ | 878.00 | 3.50 | $ | 3,073.00 | Legal research and analysis regarding claims and defenses. | Alexander Wolf |
| 5/21/2024 | $ | 878.00 | 4.00 | $ | 3,512.00 | Research regarding false reference pricing litigation. | Alexander Wolf |
| 5/23/2024 | $ | 878.00 | 5.50 | $ | 4,829.00 | Draft and research regarding opposition to MTD and motion to transfer. | Alexander Wolf |
| 5/24/2024 | $ | 878.00 | 6.00 | $ | 5,268.00 | Draft and research opposition to MTD and transfer venue. | Alexander Wolf |
| 5/28/2024 | $ | 878.00 | 5.80 | $ | 5,092.40 | Draft and research for opposition to MTD and transfer venue. | Alexander Wolf |
| 5/30/2024 | $ | 878.00 | 6.50 | $ | 5,707.00 | Draft and research opposition to MTD and transfer, declaration, and proposed order | Alexander Wolf |
| 6/6/2024 | $ | 878.00 | 4.70 | $ | 4,126.60 | Review defendant's reply iso motion to transfer and research regarding defendant's arguments. | Alexander Wolf |
| 6/7/2024 | $ | 878.00 | 1.50 | $ | 1,317.00 | Legal research and analysis regarding defenses. | Alexander Wolf |
| 7/3/2024 | $ | 878.00 | 4.00 | $ | 3,512.00 | Legal research regarding false reference pricing cases and damages. | Alexander Wolf |
| 7/12/2024 | $ | 878.00 | 1.50 | $ | 1,317.00 | Prepare for Rule 26(f) conference and legal research and analysis regarding damages and settlement structures. | Alexander Wolf |
| 7/12/2024 | $ | 878.00 | 0.50 | $ | 439.00 | Attend Rule 26(f) conference. | Alexander Wolf |
| 7/19/2024 | $ | 878.00 | 3.50 | $ | 3,073.00 | Legal research and analysis regarding disputed elements of claims and topics for discovery. | Alexander Wolf |
| 7/30/2024 | $ | 878.00 | 2.00 | $ | 1,756.00 | Draft Joint Rule 26(f) Report (1.9), correspond regarding same (.1). | Alexander Wolf |
| 8/7/2024 | $ | 878.00 | 2.50 | $ | 2,195.00 | Draft SPO and ESI protocol. | Alexander Wolf |

| Date | Rate | | Hours | Amount | | Description | Timekeeper |
|---|---|---|---|---|---|---|---|
| 8/7/2024 | $ | 878.00 | 1.30 | $ | 1,141.40 | Legal research and analysis regarding damages and settlement. | Alexander Wolf |
| 8/13/2024 | $ | 878.00 | 1.00 | $ | 878.00 | Research regarding defendants' class certification arguments. | Alexander Wolf |
| 8/13/2024 | $ | 878.00 | 0.20 | $ | 175.60 | Review joint report. | Alexander Wolf |
| 8/15/2024 | $ | 878.00 | 6.00 | $ | 5,268.00 | Draft affirmative discovery and strategize regarding significant issues for discovery. | Alexander Wolf |
| 8/15/2024 | $ | 878.00 | 2.00 | $ | 1,756.00 | Legal research and analysis regarding defendants' arguments raised in status report. | Alexander Wolf |
| 8/16/2024 | $ | 878.00 | 0.60 | $ | 526.80 | Review defendant's initial disclosures and documents for significance. | Alexander Wolf |
| 8/16/2024 | $ | 878.00 | 4.50 | $ | 3,951.00 | Legal research and analysis regarding damages, injunctive relief remedies, and potential settlement. | Alexander Wolf |
| 8/19/2024 | $ | 878.00 | 1.00 | $ | 878.00 | Draft and revise affirmative discovery. | Alexander Wolf |
| 8/21/2024 | $ | 878.00 | 0.60 | $ | 526.80 | Analysis regarding case management order, deadlines, and discovery. | Alexander Wolf |
| 8/29/2024 | $ | 878.00 | 0.30 | $ | 263.40 | Review and finalize SPO and ESI protocol for filing. | Alexander Wolf |
| 9/6/2024 | $ | 878.00 | 3.00 | $ | 2,634.00 | Draft affirmative discovery to defendants. | Alexander Wolf |
| 9/6/2024 | $ | 878.00 | 1.50 | $ | 1,317.00 | Prepare for meet and confer (1) and attend same (.5). | Alexander Wolf |
| 9/6/2024 | $ | 878.00 | 4.00 | $ | 3,512.00 | Research and analysis regarding experts and damages in false reference pricing litigation. | Alexander Wolf |
| 9/6/2024 | $ | 878.00 | 0.80 | $ | 702.40 | Draft and revise CLRA notice letters to defendant Leonid Oks. | Alexander Wolf |
| 9/9/2024 | $ | 878.00 | 0.20 | $ | 175.60 | Conference with client. | Alexander Wolf |
| 9/17/2024 | $ | 878.00 | 0.70 | $ | 614.60 | Communicate with defendant regarding discovery and damages and research regarding same. | Alexander Wolf |
| 9/17/2024 | $ | 878.00 | 0.20 | $ | 175.60 | Draft joint notice of withdrawal of ESI order and review local rules. | Alexander Wolf |
| 9/20/2024 | $ | 878.00 | 2.00 | $ | 1,756.00 | Fact investigation and analysis regarding third-party sales. | Alexander Wolf |
| 9/30/2024 | $ | 878.00 | 5.00 | $ | 4,390.00 | Draft settlement agreement and proposed preliminary approval order. | Alexander Wolf |
| 10/1/2024 | $ | 878.00 | 2.50 | $ | 2,195.00 | Revise and review settlement agreement and exhibit. | Alexander Wolf |
| 10/15/2024 | $ | 878.00 | 0.90 | $ | 790.20 | Review draft settlement agreement and proposed order. | Alexander Wolf |
| 10/17/2024 | $ | 878.00 | 0.40 | $ | 351.20 | Strategize regarding settlement terms and procedure. | Alexander Wolf |
| 10/17/2024 | $ | 878.00 | 0.20 | $ | 175.60 | Conference with clients regarding settlement. | Alexander Wolf |
| 10/19/2024 | $ | 878.00 | 0.20 | $ | 175.60 | Review settlement agreement and confer with client regarding same. | Alexander Wolf |
| 10/21/2024 | $ | 878.00 | 2.00 | $ | 1,756.00 | Legal research and analysis for motion for preliminary approval. | Alexander Wolf |

| Date | Rate | | Hours | Amount | | Description | Timekeeper |
|---|---|---|---|---|---|---|---|
| 10/28/2024 | $ | 878.00 | 1.50 | $ | 1,317.00 | Legal research for preliminary approval papers. | Alexander Wolf |
| 12/10/2024 | $ | 878.00 | 5.80 | $ | 5,092.40 | Draft motion for preliminary approval. | Alexander Wolf |
| 12/12/2024 | $ | 878.00 | 5.00 | $ | 4,390.00 | Draft and revise motion for preliminary approval and supporting documents. | Alexander Wolf |
| 12/13/2024 | $ | 878.00 | 0.80 | $ | 702.40 | Revise and finalize motion for preliminary approval. | Alexander Wolf |
| 12/17/2024 | $ | 878.00 | 0.40 | $ | 351.20 | Research local rules and draft and submit related proposed order. | Alexander Wolf |
| 12/20/2024 | $ | 878.00 | 0.40 | $ | 351.20 | Draft stipulation and proposed order regarding preliminary approval hearing. | Alexander Wolf |
| 8/29/2024 | $ | 239.00 | 0.30 | $ | 71.70 | Proofread and filed-STIPULATED PROTECTIVE ORDER and Proposed Order | Amanda Simpson |
| 8/29/2024 | $ | 239.00 | 0.30 | $ | 71.70 | Proofread and filed-ESI Order and Proposed Order | Amanda Simpson |
| 9/22/2023 | $ | 208.00 | 0.30 | $ | 62.40 | Correspond with client regarding retention | Ashley Tyrrell |
| 9/22/2023 | $ | 208.00 | 0.10 | $ | 20.80 | Review retention agreement and save | Ashley Tyrrell |
| 9/28/2023 | $ | 208.00 | 0.20 | $ | 41.60 | Cert Letter - $13.79. Saved to folder. Uploaded to Lit. Forwarded to Accounting | Ashley Tyrrell |
| 9/29/2023 | $ | 208.00 | 0.30 | $ | 62.40 | Emailed/sent CLRA Dec to Tal Nelkin per Alex W.'s request | Ashley Tyrrell |
| 9/29/2023 | $ | 208.00 | 0.20 | $ | 41.60 | Review executed client declaration, save, and correspond regarding same | Ashley Tyrrell |
| 10/2/2023 | $ | 208.00 | 0.30 | $ | 62.40 | Reviewed and saved entire new docket per Sandra's request | Ashley Tyrrell |
| 10/3/2023 | $ | 208.00 | 0.20 | $ | 41.60 | Complaint filing fee - $402.00. Saved to folder. Uploaded to Lit. Forwarded to accounting | Ashley Tyrrell |
| 10/5/2023 | $ | 208.00 | 0.30 | $ | 62.40 | Reviewed and saved ECF's. Folder up to date. | Ashley Tyrrell |
| 10/5/2023 | $ | 208.00 | 0.10 | $ | 20.80 | Reviewed and saved ECF. Folder up to date. | Ashley Tyrrell |
| 10/11/2023 | $ | 208.00 | 0.40 | $ | 83.20 | Service of process invoice - $75.00. Service of complaint receipt - $85.00. Saved to folder. Uploaded to Lit. Forwarded to accounting | Ashley Tyrrell |
| 10/12/2023 | $ | 208.00 | 0.10 | $ | 20.80 | Reviewed and saved ECF. Folder up to date. | Ashley Tyrrell |
| 10/17/2023 | $ | 208.00 | 0.30 | $ | 62.40 | New client - Melissa Cuevas. A. Wolf requested I send out her retainer for signature. Saved, edited and sent out retainer and email to client. | Ashley Tyrrell |
| 10/18/2023 | $ | 208.00 | 0.20 | $ | 41.60 | Confer and correspond regarding client retention. | Ashley Tyrrell |
| 10/27/2023 | $ | 208.00 | 0.10 | $ | 20.80 | Reviewed and saved ECF. Folder up to date. | Ashley Tyrrell |
| 11/17/2023 | $ | 208.00 | 0.30 | $ | 62.40 | Review executed client declaration, save, and correspond regarding same | Ashley Tyrrell |
| 11/21/2023 | $ | 208.00 | 0.10 | $ | 20.80 | Reviewed and saved ECF. Folder up to date | Ashley Tyrrell |
| 11/22/2023 | $ | 208.00 | 0.10 | $ | 20.80 | Reviewed and saved ECF. Folder up to date. | Ashley Tyrrell |
| 11/28/2023 | $ | 208.00 | 0.20 | $ | 41.60 | Reviewed and saved ECF's. Folder up to date. | Ashley Tyrrell |

| Date | Rate | | Hours | Amount | | Description | Timekeeper |
|---|---|---|---|---|---|---|---|
| 11/29/2023 | $ | 208.00 | 0.10 | $ | 20.80 | Cert Letter - $13.79. Saved to folder. Uploaded to Lit. Forwarded to accounting | Ashley Tyrrell |
| 11/30/2023 | $ | 208.00 | 0.10 | $ | 20.80 | Reviewed and saved ECF. Folder up to date. | Ashley Tyrrell |
| 12/8/2023 | $ | 208.00 | 0.10 | $ | 20.80 | Reviewed and saved ECF. Folder up to date. | Ashley Tyrrell |
| 12/27/2023 | $ | 208.00 | 0.20 | $ | 41.60 | Reviewed and saved ECF's. Folder up to date. | Ashley Tyrrell |
| 12/28/2023 | $ | 208.00 | 0.10 | $ | 20.80 | Reviewed and saved ECF. Folder up to date | Ashley Tyrrell |
| 1/11/2024 | $ | 239.00 | 0.20 | $ | 47.80 | Reviewed and saved ECF's. Folder up to date. | Ashley Tyrrell |
| 1/15/2024 | $ | 239.00 | 0.10 | $ | 23.90 | Reviewed and saved ECF. Folder up to date | Ashley Tyrrell |
| 1/22/2024 | $ | 239.00 | 0.20 | $ | 47.80 | Reviewed and saved ECF's. Folder up to date. | Ashley Tyrrell |
| 2/2/2024 | $ | 239.00 | 0.20 | $ | 47.80 | Reviewed and saved ECF. Folder up to date. | Ashley Tyrrell |
| 2/6/2024 | $ | 239.00 | 0.10 | $ | 23.90 | Reviewed and saved ECF. Folder up to date. | Ashley Tyrrell |
| 5/3/2024 | $ | 239.00 | 0.10 | $ | 23.90 | Reviewed and saved ECF. Folder up to date. | Ashley Tyrrell |
| 5/23/2024 | $ | 239.00 | 0.20 | $ | 47.80 | Reviewed and saved ECF's. Folder up to date. | Ashley Tyrrell |
| 5/24/2024 | $ | 239.00 | 0.10 | $ | 23.90 | Reviewed and saved ECF. Folder up to date. | Ashley Tyrrell |
| 5/28/2024 | $ | 239.00 | 0.40 | $ | 95.60 | Correspond with clients regarding factual declarations and confer with attorney A. Wolf regarding same | Ashley Tyrrell |
| 5/28/2024 | $ | 239.00 | 0.20 | $ | 47.80 | Save client declarations and confer with A. Wolf regarding same. | Ashley Tyrrell |
| 5/30/2024 | $ | 239.00 | 0.30 | $ | 71.70 | Reviewed and saved ECF's. Folder up to date. | Ashley Tyrrell |
| 5/31/2024 | $ | 239.00 | 0.10 | $ | 23.90 | Reviewed and saved ECF. Folder up to date. | Ashley Tyrrell |
| 6/6/2024 | $ | 239.00 | 0.10 | $ | 23.90 | Reviewed and saved ECF. Folder up to date. | Ashley Tyrrell |
| 6/18/2024 | $ | 239.00 | 0.10 | $ | 23.90 | Reviewed and saved ECF. Folder up to date. | Ashley Tyrrell |
| 7/8/2024 | $ | 239.00 | 0.10 | $ | 23.90 | Reviewed and saved ECF. Folder up to date. | Ashley Tyrrell |
| 7/22/2024 | $ | 239.00 | 0.10 | $ | 23.90 | Reviewed and saved ECF. Folder up to date. | Ashley Tyrrell |
| 8/14/2024 | $ | 239.00 | 0.10 | $ | 23.90 | Reviewed and saved ECF. Folder up to date. | Ashley Tyrrell |
| 8/20/2024 | $ | 239.00 | 0.20 | $ | 47.80 | Reviewed and saved ECF's. Folder up to date. | Ashley Tyrrell |
| 9/4/2024 | $ | 239.00 | 0.20 | $ | 47.80 | Reviewed and saved ECF's. Folder up to date. | Ashley Tyrrell |
| 10/18/2024 | $ | 239.00 | 0.20 | $ | 47.80 | Correspond with clients regarding settlement and confer with attorney A. Wolf regarding same | Ashley Tyrrell |
| 10/18/2024 | $ | 239.00 | 0.30 | $ | 71.70 | Further correspond with clients regarding settlement, confer with attorney A. Wolf regarding same, and save documents. | Ashley Tyrrell |
| 12/16/2024 | $ | 239.00 | 0.10 | $ | 23.90 | Reviewed and saved ECF. Folder up to date. | Ashley Tyrrell |
| 12/17/2024 | $ | 239.00 | 0.20 | $ | 47.80 | Reviewed and saved ECF's. Folder up to date. | Ashley Tyrrell |
| 1/13/2025 | $ | 258.00 | 0.10 | $ | 25.80 | Reviewed and saved ECF. Folder up to date. | Ashley Tyrrell |
| 1/16/2025 | $ | 258.00 | 0.10 | $ | 25.80 | Reviewed and saved ECF's. Folder up to date. | Ashley Tyrrell |
| 4/9/2024 | $ | 1,057.00 | 5.50 | $ | 5,813.50 | Prepared for and participated in mediation | David Lietz |
| 10/6/2023 | $ | 225.00 | 0.30 | $ | 67.50 | Entered information into ABC Legal for service of process, processed invoice, updated ss | Heather Sheflin |
| 10/11/2023 | $ | 225.00 | 0.10 | $ | 22.50 | Receipt and review of proof of service, emailed process server, updated ss, updated calendar, reviewed file | Heather Sheflin |

| Date | Rate | | Hours | Amount | | Description | Timekeeper |
|---|---|---|---|---|---|---|---|
| 10/27/2023 | $ | 225.00 | 0.20 | $ | 45.00 | Receipt and review of Stipulation extending time to answer, updated calendar, reviewed file. | Heather Sheflin |
| 2/6/2024 | $ | 239.00 | 0.20 | $ | 47.80 | Receipt and review of Order Granting Stip to Extend Deadline, recalendared dates, file review. | Heather Sheflin |
| 4/22/2024 | $ | 239.00 | 0.40 | $ | 95.60 | Receipt and review of stipulation and order, efiled, emailed PO to Court, file review/admin. | Heather Sheflin |
| 5/30/2024 | $ | 239.00 | 0.50 | $ | 119.50 | Receipt and review of Opp, efiled, reviewed judges rules, emailed order, file admin. | Heather Sheflin |
| 8/21/2024 | $ | 239.00 | 0.40 | $ | 95.60 | Receipt and review of Scheduling Order, updated calendar, file admin/review. | Heather Sheflin |
| 1/17/2025 | $ | 258.00 | 0.40 | $ | 103.20 | Receipt and review of order on preliminary approval, updated calendar, file admin/review. | Heather Sheflin |
| 6/25/2024 | $ | 239.00 | 0.20 | $ | 47.80 | Save ECFs | Kerry Brennan |
| 9/17/2024 | $ | 239.00 | 0.80 | $ | 191.20 | Finalize and file Joint Notice of Withdrawal. | Michelle Benvenuto |
| 10/18/2024 | $ | 239.00 | 0.40 | $ | 95.60 | Send Settlement Agreement to client via AdobeSign. | Michelle Benvenuto |
| 12/13/2024 | $ | 239.00 | 0.90 | $ | 215.10 | Finalize and file MPA. | Michelle Benvenuto |
| 12/17/2024 | $ | 239.00 | 0.20 | $ | 47.80 | File Proposed Preliminary Approval Order per Court's direction. | Michelle Benvenuto |
| 12/17/2024 | $ | 239.00 | 0.30 | $ | 71.70 | File Notice of Lodging re: Proposed PAO. | Michelle Benvenuto |
| 12/20/2024 | $ | 239.00 | 0.60 | $ | 143.40 | Finalize and file Application for Remote Appearance and Proposed Order. | Michelle Benvenuto |
| 9/22/2023 | $ | 225.00 | 0.70 | $ | 157.50 | Review, revise and finalize Cert Notice ltr to defendant. Send out Certified Mail through LetterStream. Update calendar. File admin. | Sandra Passanisi |
| 10/2/2023 | $ | 225.00 | 1.00 | $ | 225.00 | Review/revise/finalize Complaint and initiating docs. Efile with court. Update file and MCL. Emails w A. Wolf re same. | Sandra Passanisi |
| 11/20/2023 | $ | 225.00 | 0.50 | $ | 112.50 | Review, revise, finalize CLRA ltr to defendant. Complete Cert Mailing. Update file and calendar. File admin. | Sandra Passanisi |
| 11/24/2023 | $ | 225.00 | 0.40 | $ | 90.00 | Review of Case reassignment order. Update calendar deadlines. File admn. | Sandra Passanisi |
| 12/7/2023 | $ | 225.00 | 0.40 | $ | 90.00 | Review, revise and finalize Pls' Case Mngmt Stmt. Efile with court. File admin. | Sandra Passanisi |
| 1/22/2024 | $ | 239.00 | 0.70 | $ | 167.30 | Review, revise, finalize First Am. Complaint and CLRA Venue Declaration. Efile with court. Update calendar. File admin. | Sandra Passanisi |
| 2/16/2024 | $ | 239.00 | 0.20 | $ | 47.80 | Attn to emails re mediation. Update calendar. | Sandra Passanisi |
| 3/7/2024 | $ | 239.00 | 0.30 | $ | 71.70 | Attn to emails re mediation. Update calendar. Email invoice to accounting. | Sandra Passanisi |
| 4/23/2024 | $ | 239.00 | 0.50 | $ | 119.50 | Review of ECFs. Update file. Review and save Judge Kato's amended civil orders. Save to file. | Sandra Passanisi |

| | | | | | | |
|---|---|---|---|---|---|---|
| 4/23/2024 | $ 239.00 | 0.40 | $ 95.60 | Review of Order granting ext to briefing sch. Update calendar. File admin. | Sandra Passanisi | |
| 5/3/2024 | $ 239.00 | 0.50 | $ 119.50 | Emails w A. Wolf re 2nd Am. Complaint. Efile with court. File admin. | Sandra Passanisi | |
| 7/23/2024 | $ 239.00 | 0.40 | $ 95.60 | Review of Scheduling Order. Update calendar. File admin. | Sandra Passanisi | |
| 8/14/2024 | $ 239.00 | 0.50 | $ 119.50 | Review, revise and finalize Rule 26(f) Report. Efile with court. File admin. | Sandra Passanisi | |
| 8/29/2024 | $ 239.00 | 0.30 | $ 71.70 | Review of ESI Motion and Protective Order. Emails w A. Simpson re same. | Sandra Passanisi | |
| | | | | | | |
| | | | | | | |
| **TOTAL** | | **311.20** | **$ 251,847.50** | | | |