UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CV 23-8241-KK-MAAx** | Date: | March 31, 2025 |
|---|---|---|---|

Title: *Tal Nelkin v. Kroto, Inc., et al.*

Present: The Honorable    KENLY KIYA KATO, UNITED STATES DISTRICT JUDGE

| Noe Ponce | Riverside CourtSmart – Courtroom Three |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney Present for Plaintiffs: | Attorney Present for Defendants: |
|---|---|
| Alexander E. Wolf (by VTC) | Brian J. Hembd (by VTC) |

**Proceedings:    Hearing on Motion for Final Approval of Class Settlement [Dkt. 66]**

The case is called for the previously scheduled hearing.  The parties state their appearances by video teleconference.

The Court confers with the parties regarding the unopposed Motion for Final Approval of Class Settlement and orders as follows:

1.  The Court grants the Motion for Final Approval of Class Settlement and Attorney Fees as stated on the record.

2.  The Court further grants incentive fees for the named Plaintiffs.

A written Order will follow.

**IT IS SO ORDERED**.